# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY; and FIRST FINANCIAL INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>VIKRAMSINH DEVDHARA, individual and dba AUBURN HOTEL; BALWANTSINH THAKOR, individually and dba AUBURN HOTEL; AND DOES 1 THROUGH 25,<br><br>Defendants. | No. CV 09-0421 SBA<br><br><br><br><br>**ORDER**<br><br>**[Docket Nos. 62, 63]** |
| VIKRAMSINH DEVDHARA, individual and dba AUBURN HOTEL; BALWANTSINH THAKOR, individually and dba AUBURN HOTEL,<br><br>Counter-Claimants,<br><br>v.<br><br>THE BURLINGTON INSURANCE COMPANY; and FIRST FINANCIAL INSURANCE COMPANY; AND DOES 1 THROUGH 25,<br><br>Counter-Defendants. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the Parties' Joint Stipulated *Ex Parte* Application for Administrative Request to (1) Continue the Trial Date and Related Dates; and (2) Hear the Same on Shortened Notice at the Earliest Date Possible is GRANTED IN PART and DENIED IN PART. The Parties' request to continue the trial date and related dates is GRANTED. The Parties are directed to jointly contact the Deputy Clerk of the Court by December 22, 2009, to ascertain possible dates and then submit a stipulated request containing the modified trial and pre-trial schedule. The Parties' request to hear their application

on shortened notice at the earliest date possible is DENIED AS MOOT.

IT IS HEREBY FURTHER ORDERED that The Burlington Insurance Company and First Financial Insurance Company's *Ex Parte* Application: Requesting January 5, 2010 Hearing Date for Summary Judgment and/or Partial Summary Judgment is DENIED.

IT IS SO ORDERED.

Dated: 12/17/09

_____
THE HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE