DAVID B. DEMO (SBN 153997);ddemo@plawp.com
JENNY J. CHU (SBN 223077); jchu@plawp.com
LHB PACIFIC LAW PARTNERS, LLP
5858 Horton Street, Suite 370
Emeryville, CA 94608
Tel: (510) 841-7777
Fax: (510) 841-7776


ATTORNEYS FOR PLAINTIFFS:
THE BURLINGTON INSURANCE COMPANY
FIRST FINANCIAL INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY; and FIRST FINANCIAL INSURANCE COMPANY; <br><br> Plaintiffs, <br><br> v. <br><br> VIKRAMSINH DEVDHARA, individually and dba AUBURN HOTEL; BALWANTSINH THAKOR, individually and dba AUBURN HOTEL; AND DOES 1 THROUGH 25, <br><br> Defendants. | Case No.: CV 09-00421 SBA <br><br> **THE PARTIES' STIPULATION AND REQUEST FOR NOVEMBER 1, 2010, TRIAL DATE AND PRE-TRIAL SCHEDULE PURSUANT TO COURT'S ORDER FILED 12/18/2009 (DATED 12/17/2009), AND ORDER** <br><br> Judge: Hon. Saundra B. Armstrong |

LHB Pacific Law Partners, LLP
5858 Horton Street, Ste. 370
Emeryville, CA 94608
(510) 841-7777 Fax (510) 841-7776

Pursuant to this Court's order filed December 18, 2009 (which was dated 12/17/2009), the parties submit this stipulation and request that the Court approve the following schedule setting a trial date and fixing pre-trial deadlines, as follows:

## STIPULATED TRIAL AND PRE-TRIAL DATES

1. The trial of this matter (Jury 5-7 days) shall begin on November 1, 2010, at 8:30 a.m.

2. General factual discovery cutoff is July 30, 2010.

3. Plaintiffs to name experts by August 6, 2010.

4. Defendants to name experts by August 6, 2010.

LHB Pacific Law Partners, LLP
5858 Horton Street, Ste. 370
Emeryville, CA 94608
(510) 841-7777 Fax (510) 841-7776

1     5.     Any party may name rebuttal experts by August 16, 2010.

2     6.     Expert discovery cutoff is August 27, 2010.

3     7.     Dispositive motions to be heard no later than July 27, 2010.

4     8.     Pretrial conference is October 19, 2010, at 1:00 p.m.

5     9.     Pretrial papers due September 21, 2010.

6     10.     Motions in limine/objections to evidence due September 28, 2010.

7     11.     Responses to motions in limine/objections to evidence due October 5, 2010.

8     12.     Replies to responses to motions in limine/objections to evidence due October 12,

9     2010.

10     13.     The mandatory settlement conference currently scheduled before Magistrate

11     Judge Larson on January 29, 2010, shall be continued and held on a date that is

12     between August 1, 2010, and August 31, 2010.

13

14  SO STIPULATED:

15

16  DATED: January __, 2010        LHB PACIFIC LAW PARTNERS, LLP

17

18                       DAVID B.A. DEMO

19                       JENNY J. CHU
                          Attorneys for PLAINTIFFS

20

21  DATED: January __, 2010        HANSON BRIDGETT LLP

22

23                       ALEXANDER J. BERLINE

24                       CHRISTINE HILER
                          Attorneys for DEFENDANTS

25

26  IT IS SO ORDERED:

27  DATED: January 13, 2010         _____
                          THE HON. SANDRA B. ARMSTRONG

28                       UNITED STATES DISTRICT JUDGE

---

Case No.: CV 09-00421 SBA     Stipulation/Order Re: Trial Date and Pre-Trial Schedule

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28