UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>VIKRAMSINH DEVDHARA, et al.,<br><br>　　　　Defendants. | Case No: C 09-00421 SBA<br><br>**ORDER**<br><br>[Docket No. 80] |

　　　　IT IS HEREBY ORDERED THAT the parties' Joint Stipulated Ex Parte Application for Administrative Request to (1) Continue the Trial Date and Related Dates and (2) to Hear the Same on Shortened Notice at the Earliest Date Possible is GRANTED IN PART and DENIED IN PART. The parties' request to continue the trial date is GRANTED. The parties shall jointly contact the Deputy Clerk of the Court by **July 9, 2010** to ascertain new possible dates for trial. The parties shall submit a stipulated request by **July 16, 2010** containing the proposed modified trial and pre-trial schedule. The parties' request to hear their application on shortened notice at the earliest date possible is DENIED as MOOT.

　　　　This order terminates Docket No. 80.

　　　　IT IS SO ORDERED.

Dated: 6/30/10

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge