DAVID B. DEMO (SBN 153997);ddemo@plawp.com
JENNY J. CHU (SBN 223077); jchu@plawp.com
LHB PACIFIC LAW PARTNERS, LLP
5858 Horton Street, Suite 370
Emeryville, CA 94608
Tel:  (510) 841-7777
Fax: (510) 841-7776

ATTORNEYS FOR PLAINTIFFS:
THE BURLINGTON INSURANCE COMPANY
FIRST FINANCIAL INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY; and FIRST FINANCIAL INSURANCE COMPANY;<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>VIKRAMSINH DEVDHARA, individually and dba AUBURN HOTEL; BALWANTSINH THAKOR, individually and dba AUBURN HOTEL; AND DOES 1 THROUGH 25,<br><br>　　　　Defendants. | Case No.: CV 09-00421 SBA<br><br>**THE PARTIES' SECOND AMENDED STIPULATION AND REQUEST FOR MARCH 14, 2011, TRIAL DATE AND PRE-TRIAL SCHEDULE PURSUANT TO COURT'S ORDER FILED 7/1/2010 (DATED 6/30/2010), AND ORDER**<br><br>Judge:　　　Hon. Saundra B. Armstrong |

　　　　Pursuant to this Court's order filed July 1, 2010 (which was dated June 30, 2010), the parties submit this stipulation and request that the Court approve the following schedule setting a trial date and fixing pre-trial deadlines, as follows:

### **STIPULATED TRIAL AND PRE-TRIAL DATES**

1.　　The trial of this matter (Jury 5-7 days) shall begin on March 14, 2011, at 8:30 a.m.

2.　　General factual discovery cutoff is November 30, 2010.

3.　　Plaintiffs to name experts by December 10, 2010.

4.　　Defendants to name experts by December 10, 2010.

5.　　Any party may name rebuttal experts by December 20, 2010.

---

Case No.: CV 09-00421 SBA　　　Stipulation/Order Re: Trial Date and Pre-Trial Schedule

1

6. Expert discovery cutoff is January 14, 2011.

7. Dispositive motions to be heard no later than December 14, 2010.

8. Pretrial conference is March 1, 2011, at 1:00 p.m.

9. Pretrial papers due February 1, 2011.

10. Motions in limine/objections to evidence due February 8, 2011.

11. Responses to motions in limine/objections to evidence due February 15, 2011.

12. Replies to responses to motions in limine/objections to evidence due February 22, 2011.

13. The mandatory settlement conference shall be continued and held before Magistrate Judge Larson on January 28, 2011 at 10:00 a.m.

SO STIPULATED:

DATED:  August 11, 2010                          LHB PACIFIC LAW PARTNERS, LLP


/s/ Jenny J. Chu
DAVID B.A. DEMO
JENNY J. CHU
Attorneys for PLAINTIFFS

DATED:  August 16, 2010                          HANSON BRIDGETT LLP


/s/ Christine Hiler
ALEXANDER J. BERLINE
CHRISTINE HILER
Attorneys for DEFENDANTS

IT IS SO ORDERED:

DATED:  August 20, 2010

THE HON. SANDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

Case No.: CV 09-00421 SBA          Stipulation/Order Re: Trial Date and Pre-Trial Schedule
2