UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| BURLINGTON INS. CO., *et al.*, | No. C 09-00421 SBA |
| --- | --- |
| Plaintiffs, | **ORDER SETTING BRIEFING SCHEDULE FOR REFERRAL FOR REPORT & RECOMMENDATION** |
| v. | |
| VIKRAMSINH DEVDHARA, *et al.*, | |
| Defendants. | |

On September 23, 2010, Judge Saundra B. Armstrong, the presiding judge in this case, referred a matter to this Court for a Report and Recommendation. 9/23/10 Order, ECF No. 91. Specifically, Judge Armstrong requests an R&R regarding: (1) Plaintiffs' reimbursement for defense costs associated with the underlying class action lawsuit, (2) Plaintiffs' reimbursement of attorney's fees and costs paid to the plaintiffs' counsel in the underlying suit, (3) Plaintiffs' reimbursement for all indemnity/settlement costs other than those paid as attorney's fees and costs in the underlying suit, and (4) Plaintiffs' reimbursement for prejudgment interest. *Id.* at 21.

The Court **HEREBY SETS** the following briefing schedule with respect to these issues:

| Document | Due Date |
| --- | --- |
| Plaintiffs' Motion for Reimbursement | 10/28/10 |
| Defendants' Opposition | 11/12/10 |
| Plaintiffs' Reply | 11/19/10 |

ORDER SETTING BRIEFING SCHEDULE FOR REFERRAL FOR REPORT & RECOMMENDATION
C 09-00421

The Court will hear oral argument on <u>December 2, 2010 at 11:00 a.m.</u> in Courtroom 4, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, CA 94612.  The parties are **DIRECTED** to **MEET AND CONFER** prior to filing any motions on this matter in an effort to settle all outstanding issues before this Court.

**IT IS SO ORDERED.**

Dated: September 30, 2010

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California

ORDER SETTING BRIEFING SCHEDULE FOR REFERRAL FOR REPORT & RECOMMENDATION
C 09-00421

2