```
 1   DAVID B. DEMO (SBN 153997);ddemo@plawp.com
     JENNY J. CHU (SBN 223077); jchu@plawp.com
 2   LHB PACIFIC LAW PARTNERS, LLP
     5858 Horton Street, Suite 370
 3   Emeryville, CA 94608
     Tel: (510) 841-7777
 4   Fax: (510) 841-7776

 5   ATTORNEYS FOR PLAINTIFFS:
     THE BURLINGTON INSURANCE COMPANY
 6   FIRST FINANCIAL INSURANCE COMPANY

 7                    IN THE UNITED STATES DISTRICT COURT

 8         FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION
```

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY; and FIRST FINANCIAL INSURANCE COMPANY;<br><br>         Plaintiffs,<br><br>  v.<br><br>VIKRAMSINH DEVDHARA, individually and dba AUBURN HOTEL; BALWANTSINH THAKOR, individually and dba AUBURN HOTEL; AND DOES 1 THROUGH 25,<br><br>         Defendants. | Case No.: CV 09-00421 SBA<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION AND REQUEST FOR CONTINUANCE OF BRIEFING SCHEDULE FOR REFERRAL FOR REPORT & RECOMMENDATION**<br><br>Judge:            Hon. Saundra B. Armstrong<br>Magistrate Judge: Hon. Laurel Beeler<br><br>Date:   December 2, 2010<br>Time:   11:00 a.m.<br>Dept.:  Courtroom 4<br><br>Action Filed: January 29, 2009<br>Trial Date:   March 14, 2011<br><br>[Civ. L.R., Rules 6-2] |
| VIKRAMSINH DEVDHARA, individually and dba AUBURN HOTEL; BALWANTSINH THAKOR, individually and dba AUBURN HOTEL;<br><br>         Counter-Claimants,<br><br>  v.<br><br>THE BURLINGTON INSURANCE COMPANY; and FIRST FINANCIAL INSURANCE COMPANY; and DOES 1 THROUGH 25;<br><br>         Counter-Defendants. | |

LHB Pacific Law Partners, LLP
5858 Horton Street, Ste. 370
Emeryville, CA 94608
(510) 841-7777 Fax (510) 841-7776

---

Case No.: CV 09-00421 SBA    [Proposed] Order Granting Continuance of Briefing Schedule

1

1   Plaintiffs/Counter-Defendants The Burlington Insurance Company and First Financial
2   Insurance Company, and Defendants/Counter-Claimants Vikramsinh Devdhara, (individually
3   and d.b.a. the Auburn Hotel) and Balwantsinh Thakor (individually and d.b.a. the Auburn Hotel)
4   ("the Parties'") Stipulation And Request For Continuance was filed and received by the Court.
5   Having reviewed the stipulation and declaration filed herein and good cause appearing
6   therefore, IT IS HEREBY ORDERED that the Parties' Stipulation And Request For Continuance
7   is GRANTED.
8   The briefing schedule for referral for report and recommendation in this matter is
9   HEREBY SET as follows:

| Document | Due Date |
| --- | --- |
| Plaintiffs' Motion for Reimbursement | 1/13/2011 |
| Defendants' Opposition | 1/27/2011 |
| Plaintiffs' Reply | 2/3/2011 |
| Hearing | 2/17/2011 |

16  SO ORDERED.
17  Dated: __October 15_____, 2010

    _____
    THE HON. LAUREL BEELER
    UNITED STATES MAGISTRATE JUDGE

    IT IS SO ORDERED
    Judge Laurel Beeler

LHB Pacific Law Partners, LLP
5858 Horton Street, Ste. 370
Emeryville, CA 94608
(510) 841-7777 Fax (510) 841-7776