UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>VIKRAMSINH DEVDHARA, et al.,<br><br>Defendants. | Case No: C 09-00421 SBA<br><br>**ORDER**<br><br>Dkt. 94 |

IT IS HEREBY ORDERED THAT the parties' Joint Stipulated Ex Parte Applications for Administrative Request to Continue the Trial Date and Related Dates, and To Hear the Same on Shortened Notice at the Earliest Date Possible are GRANTED. The March 14, 2011 trial date in this matter is VACATED. The parties shall jointly contact the Deputy Clerk of the Court by **November 5, 2010** to ascertain new possible dates for trial. The parties shall submit a stipulated request by **November 12, 2010** containing the proposed modified trial and pre-trial schedule.

This order terminates Docket 94.

IT IS SO ORDERED.

Dated: November 1, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge