DAVID B. DEMO (SBN 153997);ddemo@plawp.com
JENNY J. CHU (SBN 223077); jchu@plawp.com
LHB PACIFIC LAW PARTNERS, LLP
5858 Horton Street, Suite 370
Emeryville, CA 94608
Tel:  (510) 841-7777
Fax:  (510) 841-7776

ATTORNEYS FOR PLAINTIFFS:
THE BURLINGTON INSURANCE COMPANY
FIRST FINANCIAL INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY; and FIRST FINANCIAL INSURANCE COMPANY;<br><br>Plaintiffs,<br><br>v.<br><br>VIKRAMSINH DEVDHARA, individually and dba AUBURN HOTEL; BALWANTSINH THAKOR, individually and dba AUBURN HOTEL; AND DOES 1 THROUGH 25,<br><br>Defendants. | Case No.: CV 09-00421 SBA<br><br>**THE PARTIES' STIPULATION AND REQUEST FOR JULY 18, 2011, TRIAL DATE AND PRE-TRIAL SCHEDULE PURSUANT TO COURT'S ORDER FILED 11/2/2010 (DATED 11/1/2010), AND ORDER**<br><br>Judge:        Hon. Saundra B. Armstrong |

Pursuant to this Court's order filed November 2, 2010 (which was dated November 1, 2010), the parties submit this stipulation and request that the Court approve the following schedule setting a trial date and fixing pre-trial deadlines, as follows:

**STIPULATED TRIAL AND PRE-TRIAL DATES**

1. The trial of this matter (Jury 5-7 days) shall begin on July 18, 2011, at 8:30 a.m.
2. General factual discovery cutoff is March 31, 2011.
3. Plaintiffs to name experts by April 8, 2011.
4. Defendants to name experts by April 8, 2011.
5. Any party may name rebuttal experts by April 18, 2011.

---

Case No.: CV 09-00421 SBA          Stipulation/Order Re: Trial Date and Pre-Trial Schedule

1

6. Expert discovery cutoff is May 20, 2011.

7. Dispositive motions to be heard no later than May 27, 2011.

8. Pretrial conference is June 28, 2011, at 1:00 p.m.

9. Pretrial papers due May 31, 2011.

10. Motions in limine/objections to evidence due June 7, 2011.

11. Responses to motions in limine/objections to evidence due June 14, 2011.

12. Replies to responses to motions in limine/objections to evidence due June 21, 2011.

13. The mandatory settlement conference shall be continued and held before Magistrate Judge Larson on March 30, 2011 at 2:00 p.m.

Per Magistrate Laurel Beeler's Order dated October 15, 2010 the briefing schedule for the Motion for Reimbursement remain as follows:

1. Plaintiffs' Motion for Reimbursement is due on January 13, 2011.

2. Defendants' Opposition due on January 27, 2011.

3. Plaintiffs' Reply due on February 3, 2011.

4. Hearing on February 17, 2011.

SO STIPULATED:

DATED: November 15, 2010        LHB PACIFIC LAW PARTNERS, LLP

/s/ Jenny J. Chu
DAVID B.A. DEMO
JENNY J. CHU
Attorneys for PLAINTIFFS

DATED: November 15, 2010        HANSON BRIDGETT LLP

/s/ Christine Hiler
ALEXANDER J. BERLINE
CHRISTINE HILER
Attorneys for DEFENDANTS

IT IS SO ORDERED:

DATED: November 18, 2010

THE HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

Case No.: CV 09-00421 SBA        Stipulation/Order Re: Trial Date and Pre-Trial Schedule

2