1
2
3
4
5
6
7
8              UNITED STATES  DISTRICT COURT
9                Northern District of California
10                     Oakland Division
11   BURLINGTON INS.CO.,                    No. C 09-00421 SBA (LB)
12             Plaintiff,            **ORDER SETTING HEARING DATE**
        v.
13
     VIKRAMSINH DEVDHARA,
14
             Defendant.
15   _____/

16      Plaintiffs The Burlington Insurance Company and First Financial Insurance Company applied for

17   a Right to Attach Order for certain real properties owned by Defendants.  *See* ECF No. 99.  On

18   December 13, 2010, the district court granted Plaintiff's ex parte motion to shorten time for the

19   hearing and directed this court to place the matter on its calendar on or before January 11, 2010,

20   which is the district court's regularly-scheduled law and motions calendar.  *See* ECF No. 100.  This

21   court's first available hearing date to specially set the matter is Thursday, January 13, 2011.

22   Accordingly, this court **HEREBY SETS** the matter for hearing on Thursday, January 13, 2011 at

23   11:00 a.m. in Courtroom 4.

24      **IT IS SO ORDERED.**

25   Dated: December 22, 2010

26                              _____
                                LAUREL BEELER
27                              United States Magistrate Judge

28

**UNITED STATES DISTRICT COURT**
For the Northern District of California