1  `DAVID B. DEMO (SBN 153997); ddemo@plawp.com
   JENNY J. CHU (SBN 223077); jchu@plawp.com
2  LHB PACIFIC LAW PARTNERS, LLP
   5858 Horton Street, Suite 370
3  Emeryville, CA 94608
   Tel: (510) 841-7777
4  Fax: (510) 841-7776

5  ATTORNEYS FOR PLAINTIFFS:
   THE BURLINGTON INSURANCE COMPANY
6  FIRST FINANCIAL INSURANCE COMPANY

7

8              IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

10

11

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY; and FIRST FINANCIAL INSURANCE COMPANY;<br><br>Plaintiffs,<br><br>v.<br><br>VIKRAMSINH DEVDHARA, individually and dba AUBURN HOTEL; BALWANTSINH THAKOR, individually and dba AUBURN HOTEL; AND DOES 1 THROUGH 25, | Case No.: CV 09-00421 SBA<br><br>**[STIPULATION AND ~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' REPLY BRIEFS REGARDING MOTIONS TO BE HEARD FEBRUARY 28, 2011**<br><br>**JUDGE:** Hon. Laurel Beeler<br>**COURTROOM:** 4<br>**ACTION FILED:** January 29, 2009<br>**TRIAL DATE:** July 18, 2011 |

23  The parties submit this stipulation and proposed order, as follows:

24  WHEREAS:

25  Plaintiffs' Motion for Reimbursement and plaintiffs' Application for a Right to Attach

26  Order are set to be heard by the Hon. Laurel Beeler on February 28, 2011;

27  Plaintiffs' opening briefs supporting said motion/application and defendants' oppositions

28  to said motion/application have already been filed with the Court;

1

Case No.: CV 09-00421 SBA              [Stipulation and ~~proposed~~] Order

1  Plaintiffs' reply briefs as to said motion/application are currently due to be filed on or
2  before February 9, 2011;
3  The parties have been ordered to attend a mandatory settlement conference before
4  Magistrate Judge James Larson on February 9, 2011, the same date as the reply briefs are due;
5  Counsel also reports that plaintiffs' decision-maker is currently ill and unable to assist
6  plaintiffs' counsel in preparing the reply briefs in sufficient time to meet the current deadline of
7  February 9, 2011;
8  For these reasons, the parties have agreed that the deadline for plaintiffs' reply briefs
9  regarding said motion/application to be heard on February 28, 2011, should be extended by one
10  week, until after the mandatory settlement conference and to allow for plaintiffs' decision
11  maker's illness to improve; and
12  The one-week extension requested herein will still mean that the court will have all the
13  papers from the parties (opening briefs, oppositions and replies) at least 12 days prior to the
14  hearing.
15  NOW THEREFORE:
16  Plaintiffs THE BURLINGTON INSURANCE COMPANY and FIRST FINANCIAL
17  INSURANCE COMPANY and defendants VIKRAMSINH DEVDHARA, individually and dba
18  AUBURN HOTEL, BALWANTSINH THAKOR, individually and dba AUBURN HOTEL, by
19  their undersigned counsel, hereby stipulate that the plaintiffs' reply briefs as to plaintiffs' Motion
20  for Reimbursement and plaintiffs' Application for a Right to Attach Order shall be due on or
21  before February 16, 2011, and they request an order to that effect.
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

2

Case No.: CV 09-00421 SBA          [Stipulation and ~~proposed~~] Order

BY THE PARTIES:

IT IS SO STIPULATED:

DATED: February __, 2011                    HANSON BRIDGETT LLP


By:_____
ALEXANDER J. BERLINE
CHRISTINE HILER
Attorneys for Defendants
VIKRAMSINH DEVDHARA, individual
and dba AUBURN HOTEL; and
BALWANTSINH THAKOR, individually
and dba AUBURN HOTEL

DATED: February 7, 2011                     LHB PACIFIC LAW PARTNERS, LLP


By:_____
DAVID B. DEMO
JENNY J. CHU
Attorneys for Plaintiffs
THE BURLINGTON INSURANCE
COMPANY; and FIRST FINANCIAL
INSURANCE COMPANY

///

///

BY THE COURT:

The Court hereby GRANTS the parties' request that the deadline for plaintiffs' reply briefs as to plaintiffs' Motion for Reimbursement and plaintiffs' Application for a Right to Attach Order shall be due on or before February 16, 2011.

IT IS SO ORDERED:


DATED:       February __, 2011              _____
LAUREL BEELER
United States Magistrate Judge

3

Case No.: CV 09-00421 SBA                   [Stipulation and ~~proposed~~] Order

BY THE PARTIES:

IT IS SO STIPULATED:

DATED: February 7, 2011					HANSON BRIDGETT LLP

							By: _____
							ALEXANDER J. BERLINE
							CHRISTINE HILER
							Attorneys for Defendants
							VIKRAMSINH DEVDHARA, individual
							and dba AUBURN HOTEL; and
							BALWANTSINH THAKOR, individually
							and dba AUBURN HOTEL

DATED: February 7, 2011					LHB PACIFIC LAW PARTNERS, LLP

							By: _____
							DAVID B. DEMO
							JENNY J. CHU
							Attorneys for Plaintiffs
							THE BURLINGTON INSURANCE
							COMPANY; and FIRST FINANCIAL
							INSURANCE COMPANY

///

///

BY THE COURT:

The Court hereby GRANTS the parties' request that the deadline for plaintiffs' reply briefs as to plaintiffs' Motion for Reimbursement and plaintiffs' Application for a Right to Attach Order shall be due on or before February 16, 2011.

IT IS SO ORDERED:

DATED: February 8, 2011

LAUREL BEELER
United States Magistrate Judge

*IT IS SO ORDERED / Judge Laurel Beeler* (court seal)

Case No.: CV 09-00421 SBA					[Stipulation and proposed] Order

LHB Pacific Law Partners, LLP
5858 Horton Street, Suite 370
Emeryville, CA 94608
(510) 841-7777 - Facsimile (510) 841-7776