UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> VIKRAMSINH DEVDHARA, et al., <br><br> Defendants. | Case No:  C 09-00421 SBA <br><br> **ORDER OF CONDITIONAL DISMISSAL** |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be scheduled, provided that such motion within 30 days of the date this order is filed.  All scheduled dates are VACATED.  The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated:  September 21, 2011

*[signature]*
SAUNDRA BROWN ARMSTRONG
United States District Judge