DAVID B. DEMO (SBN 153997);ddemo@plawp.com
JENNY J. CHU (SBN 223077); jchu@plawp.com
ANDREW P. COLLIER (SBN 232647); acollier@plawp.com
LHB PACIFIC LAW PARTNERS, LLP
5858 Horton Street, Suite 370
Emeryville, CA 94608
Tel: (510) 841-7777
Fax: (510) 841-7776

ATTORNEYS FOR PLAINTIFFS:
THE BURLINGTON INSURANCE COMPANY
FIRST FINANCIAL INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY; and FIRST FINANCIAL INSURANCE COMPANY;<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>VIKRAMSINH DEVDHARA, individually and dba AUBURN HOTEL; BALWANTSINH THAKOR, individually and dba AUBURN HOTEL; AND DOES 1 THROUGH 25,<br><br>　　　　Defendants. | Case No.: CV 09-00421 SBA<br><br>**ORDER EXTENDING DEADLINE FOR FINALIZING SETTLEMENT** |

　　　　The parties stipulated that they joined in a request that the Court extend the time for finalizing the settlement in this case to November 21, 2011. Plaintiffs made a written motion under Local Rule 7-11 requesting that the Court so extend the deadline. Pursuant to Local Rule 7-11 and the stipulation of the parties, there was no hearing. GOOD CAUSE appearing,

　　　　IT IS HEREBY ORDERED that any party may move to reopen the case and the trial will be scheduled, provided that such motion is made no later than November 21, 2011.

Date:   10/25/11_____      _____
                                     SAUNDRA BROWN ARMSTRONG
                                     United States District Judge

1

Case No.: CV 09-00421 SBA